UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: FIRST BRANDS GROUP, LLC, et al
  *Debtor*

Case Number: 4:26−cv−00073
SDTX Bankruptcy 25−90399

Evolution Credit Partners
  *Appellant*

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 1/8/2026 at 03:30 PM before Judge Lee H Rosenthal, by video.

Date: January 7, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk