IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>FIRST BRANDS GROUP, LLC, *et al.*,[1]<br><br>   Debtors.<br><br>Evolution Credit Partners,<br><br>   Appellant,<br><br>v.<br><br>First Brands Group, LLC, *et al.*,<br><br>   Appellees. | Civil Action No. 4:26-cv-00073<br><br>Bankruptcy Case No. 25-90399 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Clifford Carlson of Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, Texas 77002, who is admitted to practice in this Court, hereby enters an appearance as counsel for Appellees First Brands Group, LLC, *et al.*

Please address all documents, papers, pleadings, and other materials in this action to the attention of the undersigned counsel.

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

Dated:  January 8, 2026          Respectfully submitted,
       Houston, Texas

                                          */s/  Clifford W. Carlson*
                                      WEIL, GOTSHAL & MANGES LLP
                                      Clifford W. Carlson (24090024)
                                      700 Louisiana Street, Suite 3700
                                      Houston, Texas 77002
                                      Telephone:  (713) 546-5000
                                      Facsimile:  (713) 224-9511
                                      Email:   clifford.carlson@weil.com

                                      -and-

                                      WEIL, GOTSHAL & MANGES LLP
                                      Matthew S. Barr (*pro hac vice* forthcoming)
                                      Sunny Singh (*pro hac vice* forthcoming)
                                      Kevin Bostel (*pro hac vice* forthcoming)
                                      Robert B. Niles-Weed (*pro hac vice* pending)
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      Email:   matt.barr@weil.com
                                                                       sunny.singh@weil.com
                                                                       kevin.bostel@weil.com
                                                                       robert.niles-weed@weil.com

                                      *Attorneys for Appellees*

## Certificate of Service

I hereby certify that on January 8, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

                                              */s/ Clifford W. Carlson*
                                              Clifford W. Carlson